# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TAMARA L. DALESANDRO**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CHC COMPANIES, INC., d.b.a. CORRECTIONAL HEALTHCARE COMPANIES**,<br><br>Defendant. | Case No. 5:14-CV-01275-JRA<br><br>The Honorable John R. Adams<br><br>**MOTION TO ADMIT JENNIFER K. OLDVADER, ESQ. *PRO HAC VICE*** |

Pursuant to L.R. 83.5(h), John Gerak, a member in good standing of this Court, moves this Court for an order permitting Jennifer K. Oldvader, Esq., to practice *pro hac vice* before the United States District Court for the Northern District of Ohio, Eastern Division, as counsel for Defendant CHC Companies, Inc. d/b/a Correctional Healthcare Companies ("Defendant"). An Affidavit of Ms. Olvader in support of this Motion is attached and incorporated by reference.

WHEREFORE, the undersigned counsel requests that this Court admit Jennifer K. Oldvader *pro hac vice* to participate in all aspects of this case on behalf of Defendant.

        Respectfully submitted,

        /s/ John Gerak
        John Gerak (0075431)
        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
        127 Public Square, Suite 4100
        Cleveland, OH  44114
        216-241-6100
        216-357-4733 (FAX)
        john.gerak@ogletreedeakins.com

        *Attorney for Defendant CHC Companies, Inc., d/b/a Correctional Healthcare Companies*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 9, 2014, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ John Gerak
        John Gerak (0075431)
        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
        127 Public Square, Suite 4100
        Cleveland, OH 44114
        216-241-6100
        216-357-4733 (FAX)
        john.gerak@ogletreedeakins.com

        *Attorney for Defendant CHC Companies, Inc.,*
        *d/b/a Correctional Healthcare Companies*

18503924.1