UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TAMARA L. DALESANDRO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHC COMPANIES, INC., d.b.a. CORRECTIONAL HEALTHCARE COMPANIES,<br><br>Defendant. | Case No. 5:14-CV-01275-JRA<br><br>The Honorable John R. Adams<br><br>**AFFIDAVIT OF JENNIFER K. OLDVADER** |

I, Jennifer K. Oldvader, Esq., hereby declare that:

1. I am counsel for the Defendant CHC Companies, Inc., d.b.a. Correctional Healthcare Companies in this matter.

2. I am an associate in the law firm Ogletree Deakins Nash Smoak & Stewart, P.C.

3. I was admitted to the Missouri bar in 2008 and was assigned Missouri Attorney Registration Number 60649 by the Missouri Supreme Court.

4. I have been admitted to practice as a member of the Bar of the State of Missouri. I am also a member of the Bar of the United States District Court for the Western District of Missouri.

5. I am a member in good standing in all jurisdictions listed in Paragraph 4.

6. I have never been suspended, disbarred, or reprimanded from the practice of law in any jurisdiction as a result of a disciplinary charge, investigation, or proceeding.

7. There are no disciplinary proceedings presently pending against me.

8.  I can be reached at the address and numbers listed below:

    4520 Main Street
    Suite 400
    Kansas City, MO  64111
    816-471-1301
    816-471-1303 Fax
    jennifer.oldvader@ogletreedeakins.com

9.  Pursuant to LR 83.5(h), I do solemnly affirm that as an attorney of this Court I will conduct myself uprightly, according to the law and the ethical standards of the Ohio Rules of Professional Conduct adopted by the Supreme Court of Ohio, so far as they are not inconsistent with Federal Law, and that I will support the Constitution and laws of the United States.

**I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.**

Date: 10/8/2014

Jennifer K. Oldvader, Esq.

STATE OF MISSOURI          )
                           ) ss.
COUNTY OF JACKSON          )

SWORN TO AND SUBSCRIBED before me, a Notary Public for the state and county aforesaid, this 8th day of October, 2014.

Notary Public

JULIE M. TORRENCE
Notary Public - Notary Seal
State of Missouri
Commissioned for Jackson County
My Commission Expires: April 14, 2017
Commission Number: 13464428

18513299.1

2