# NOTICE OF RIGHTS UNDER FAIR LABOR STANDARDS ACT TO OPT-IN TO OVERTIME CASE AGAINST CHC COMPANIES, INC. AND CORRECT CARE SOLUTIONS, LLC.

*Dalesandro v. CHC Companies, Inc., et al.*
Case No. 5:14-CV-01275-JRA

**This is a Court Authorized Notice. It is not a solicitation from a lawyer.**

We have been authorized by the United States District Court for the Northern District of Ohio to notify you, as a current or former employee who is or was employed by CHC Companies, Inc. and/or Correct Care Solutions, LLC, that a lawsuit seeking overtime pay has been brought and by sending in the attached opt-in consent, you may join that lawsuit and may recover unpaid wages.

The Court's authorization to send this Notice does not reflect a judgment by a Court about whether any current or former employee is entitled to overtime pay. Sending a Notice is separate from a determination on entitlement to overtime, and only informs you of your right under the Fair Labor Standards Act to participate in the case.

To best preserve your rights if you worked for CHC Companies, Inc. and/or Correct Case Solutions, LLC, and did NOT receive pay for time worked prior to the beginning of your scheduled shift or after your scheduled shift, then you MUST send in the attached consent form or you will not be eligible to be paid for the unpaid time worked.

The opt-in consent in this envelope must be returned to the following address (you are welcome to use the enclosed self-addressed stamped envelope):

> Tricia Hickman
> MARSHALL AND MORROW LLC
> 250 Civic Center Drive, Suite 480
> Columbus, Ohio, 43215
> (614) 463-9790
> (614) 463-9780 (fax)
> Email: thickman@marshallandmorrow.com

This Notice explains:

    A.    What is a Collective Action?

    B.    Your Right to Opt-in.

    C.    Your Protection from Retaliation.

    D.    Attorneys' Fees and Expenses.

**Important Note- Retaliation against any employee who exercises his/her right to opt-in is strictly prohibited by law.**

E. Additional Information.

A. What is a Collective Action?

The Fair Labor Standards Act (FLSA) protects the right of employees to be paid an overtime time and one-half rate for all hours worked in excess of 40 for a work week. A worker may bring a "collective action" on his or her own behalf and on behalf of similarly-situated employees. The workers who bring a lawsuit are called plaintiffs, and those they sue are called defendants. The right to be paid exists even for small amounts of unpaid time.

B. Your Right to Opt-In.

Under the FLSA, you may opt-in to the lawsuit if you were similarly-situated to Plaintiffs. You have that right if you worked for CHC Companies, Inc. or Correct Care Solutions, LLC, at their Mahoning County, Ohio or Portage County, Ohio facilities from 6/12/2011 to 06/12/14 and worked any week during this time period at least 40 (or more) hours, and were not paid for time worked prior to or after your scheduled shift.

The opt-in consent indicates that you wish to participate in the lawsuit. The FLSA statute of limitations is satisfied on the date that opt-in consent is filed with the Court. By signing and returning the opt-in consent immediately and having Plaintiffs' attorneys file it with the Court, you will become a participant in the lawsuit.

If you wish to opt-in, your opt-in form must be post-marked no later than 36 days from the date of mailing of this Notice. After that period passes, you may no longer join this lawsuit.

C. Your Protection from Retaliation.

The FLSA specifically prohibits an employer from taking an adverse employment action against an employee because he or she is seeking to enforce his or her right to overtime pay. *Completing and returning an opt-in consent is protected by the FLSA from retaliation.*

The FLSA protects current and former employees from retaliation regardless of whether they are ultimately determined to be entitled to overtime pay. Thus, whether the lawsuit is won or lost, every current or former employee who opts-in to the lawsuit is protected from retaliation.

D. Attorneys' Fees and Expenses.

Plaintiffs are represented by the attorneys listed below:

**Important Note- Retaliation against any employee who exercises his/her right to opt-in is strictly prohibited by law.**

John S. Marshall
Edward R. Forman
MARSHALL AND MORROW LLC
250 Civic Center Dr., Suite 480
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780
wmarshallandmorrow.com

and

John A. Tucker
Rachel R. Baldridge
JOHN A. TUCKER CO. LPA
11367 Lair Road, NE
Alliance, Ohio 44601
Ph: (330) 935-2530
Fax: (330) 935-2540
jatucker@jatuckerlaw.com
rrbaldridge@jatuckerlaw.com

The lawsuit against CHC Companies, Inc. and Correct Care Solutions, LLC also seeks attorneys' fees, meaning that, if the case is successful, Defendants will have to pay for the employees' reasonable attorney fees as well as expenses of the lawsuit, in addition to whatever overtime pay is to be paid to the employees.

Plaintiffs' attorneys are advancing the expenses of the litigation. They are representing the employees on a contingency fee basis. No CHC or Correct Care Solution employee or former employee who opts-in to the lawsuit will owe any attorneys' fees unless the employee recovers overtime pay. All attorneys representing the employees have agreed to a total attorneys' fee of one-third (1/3) of the overtime pay that employee is entitled to as a result of the lawsuit including back due overtime pay and overtime pay in future. This percentage will be reduced by any award of attorney fees received from the Court. In no event will any employee who opts-in owe the attorneys any fees, or any expenses of the litigation, if no overtime pay is received.

E. Need additional information?

This Notice provides a general description and does not cover all of the issues and proceedings to date. If you wish to learn more about the lawsuit, contact one of Plaintiffs' attorneys. You can also visit the website of the law firms of Marshall and Morrow (www.marshallandmorrow.com) or John A. Tucker (www.jatuckerlaw.com) to learn more about the attorneys.

Please do not contact the Judge, Magistrate Judge, or the Clerk of the Court of Claims. They will not be able to answer your questions about the lawsuit or this Notice.

**Important Note- Retaliation against any employee who exercises his/her right to opt-in is strictly prohibited by law.**

CONSENT TO BRING 29 U.S.C SEC. 216 (b) ACTION

I hereby consent to joining the civil action in the United States District Court for the Northern District of Ohio, styled as *Dalesandro v. CHC Companies, Inc., et al.,* Case No. 5:14-CV-01275-JRA, to recover unpaid overtime compensation, additional damages, attorney fees, and costs under 29 U.S.C. Sec. 216(b), and to be represented by John S. Marshall, Edward R. Forman, and MARSHALL AND MORROW LLC, and John Tucker, JOHN A. TUCKER CO. LPA, for the purpose of bringing of such action.

_____
DATE

_____
SIGNATURE

_____
NAME (Printed)

_____
JOB TITLE

_____
ADDRESS 2

_____
ADDRESS 2

_____
HOME TELEPHONE NUMBER

_____
MOBILE TELEPHONE NUMBER

_____
E-MAIL ADDRESS

*This consent form may be photocopied*

**Important Note- Retaliation against any employee who exercises his/her right to opt-in is strictly prohibited by law.**